AO 247 (Rev. 11/11)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)      Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

_____ District of Connecticut _____

FILED
15 JAN 23 PM 1 24
U.S. DISTRICT COURT

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Terrence Steele | ) | Case No: 3:05cr292(EBB) |
| | ) | USM No: 15741-014 |

Date of Original Judgment:            April 5, 2007
Date of Previous Amended Judgment:    Jan 19, 2012                    /Deirdre Murray
*(Use Date of Last Amended Judgment if Any)*                         *Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of  X  the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
          ☐ DENIED.    X  GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of    140    months **is reduced to**    120 MONTHS    .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated  Jan 19, 2012  shall remain in effect.
**IT IS SO ORDERED.**

Order Date:  1/31/15

                                            /s/
                                            Judge's signature

Effective Date:  November 1, 2015          ELLEN BREE BURNS, SR. U.S.D.J.
*(if different from order date)*           *Printed name and title*